NESS PLLC
Eliyahu Ness (Bar No. 311054)
12100 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
Tel: (213) 294-4322
Fax: (213) 294-4322
eness@nesslegal.com

Attorneys for Defendant
STEPHEN SMITH

# UNITED STATES DISTRICT COURT
## CENTRAL DSTRICT OF CALIFORNIA
### EASTERN DIVISION

WF BUILDINGS, LTD.

    *Plaintiff*,

  v.

STEPHEN SMITH,

*Defendant*

CASE NO: 5:24-cv-02161-SSS-SHK

**STIPULATED REQUEST FOR EXTENSION OF DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; DECLARATION OF ELIYAHU NESS**

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff WF Buildings, Ltd. ("Plaintiff") and Defendant Stephen Smith, by and through their respective counsel of record, hereby jointly stipulate and request a continuance response deadline for Defendant's answer and/or motion to dismiss Plaintiff's First Amended Complaint. In support of this Stipulation, the parties show unto the Court as follows:

1. This case was filed October 10, 2024;

2. Defendant filed his Motion to Dismiss the Complaint on December 2, 2024;

3. Plaintiff filed a First Amended Complaint effective December 23, 2024, making the deadline to respond January 6, 2025;

4. Due to the intervening holidays and counsel's respective schedules over the coming weeks, the parties have stipulated to a brief extension to permit Defendant to answer or otherwise respond to the First Amended Complaint on or before January 22, 2025;

5. The parties agree that there is good cause for a brief week continuance of Defendant's deadline due to the holidays and counsel's commitments over the next two weeks;

6. This brief continuance will not impact the overall trial setting of this case.

7. Relief is therefore warranted under Rule 6(b) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

DOCUMENT PREPARED ON RECYCLED PAPER

| | |
|---|---|
| Dated: January 6, 2025 | Respectfully submitted, |
| | *s/ Joshua Kons* |
| | Joshua Kons (SBN 244977) |
| | LAW OFFICES OF JOSHUA B. KONS, LLC |
| | 92 Hopmeadow Street, Suite 205 |
| | Weatogue, CT 06089 |
| | Tel: (860) 920-5181 |
| | Fax: (860) 920-5174 |
| | (330) 812-0702 |
| | joshuakons@konslaw.com |
| | *Attorney for Plaintiff WF BUILDINGS, LTD.* |
| Dated: January 6, 2025 | Respectfully submitted, |
| | *s/ Eliyahu Ness* |
| | NESS PLLC |
| | Eliyahu Ness (SBN 311054) |
| | eness@nesslegal.com |
| | 12100 Wilshire Blvd. |
| | Suite 800 |
| | Los Angeles, CA 90025 |
| | Tel: (213) 294-4322 |
| | Fax: (213) 294-4322 |
| | *Attorneys for Defendant STEPHEN SMITH* |

DOCUMENT PREPARED ON RECYCLED PAPER

## **DECLARATION OF ELIYAHU NESS**

I, Eliyahu Ness, say and declare as follows:

1. I have personal knowledge of the matters set forth herein, and if called upon to testify about the following matters, I would and could competently do so. I am a member of Ness PLLC, counsel of record for Defendant Stephen Smith.

2. I have reviewed the foregoing stipulation and the facts set forth therein are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 6th day of January, 2025.

/s Eliyahu Ness
Eliyahu Ness

DOCUMENT PREPARED ON RECYCLED PAPER

# ATTESTATION

I, Eliyahu Ness, hereby attest, pursuant to United States District Court, Central District of California Local Rule 5-4.3.4(a)(2), that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized the filing.

Dated: January 6, 2025

*s/ Eliyahu Ness*
Eliyahu Ness (SBN 311054)
NESS PLLC

DOCUMENT PREPARED ON RECYCLED PAPER

## CERTIFICATE OF SERVICE

On January 6, 2025, I served the foregoing document on all counsel of record by filing it using the Court's CM/ECF system.

Dated: January 6, 2025          *s/ Eliyahu Ness*
                                Eliyahu Ness

DOCUMENT PREPARED ON RECYCLED PAPER