NESS PLLC
Eliyahu Ness (Bar No. 311054)
12100 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
Tel: (213) 294-4322
Fax: (213) 294-4322
eness@nesslegal.com

Attorneys for Defendant
STEPHEN SMITH

**UNITED STATES DISTRICT COURT**
**CENTRAL DSTRICT OF CALIFORNIA**
**EASTERN DIVISION**

WF BUILDINGS, LTD.

*Plaintiff*,

v.

STEPHEN SMITH,

*Defendant*

CASE NO: 5:24-cv-02161-SSS-SHK

**SECOND STIPULATED REQUEST FOR EXTENSION OF DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; DECLARATION OF ELIYAHU NESS**

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff WF Buildings, Ltd. ("Plaintiff") and Defendant Stephen Smith, by and through their respective counsel of record, hereby jointly stipulate and request a continuance response deadline for Defendant's answer and/or motion to dismiss Plaintiff's First Amended Complaint. In support of this Stipulation, the parties show unto the Court as follows:

1. This case was filed October 10, 2024;

2. Defendant filed his Motion to Dismiss the Complaint on December 2, 2024;

3. Plaintiff filed a First Amended Complaint effective December 23, 2024, making the deadline to respond January 6, 2025;

4. Due to the intervening holidays and counsel's respective schedules, the parties stipulated to a brief extension to permit Defendant to answer or otherwise respond to the First Amended Complaint on or before January 22, 2025;

5. The Court granted that requested extension on January 8, 2025 (Doc. # 21);

6. On January 18, 2025, Defendant's counsel began suffering from a severe herniated disk causing severe sciatic pain and is presently immobile in a hospital bed awaiting emergency spinal surgery;

7. In light of Defendant's counsel current condition which impedes his ability to complete the required work by January 22, 2025, a further two week extension is requested which would make the new deadline February 5, 2025;

8. The parties respectfully submit that Defendant's unexpected and serious health condition provides good cause for a further extension and is therefore warranted under Rule 6(b) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

DOCUMENT PREPARED ON RECYCLED PAPER

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 20, 2025 | Respectfully submitted, |
| 3 | | |
| 4 | | *s/ DRAFT* |
| 5 | | Joshua Kons (SBN 244977) |
| | | LAW OFFICES OF JOSHUA B. KONS, LLC |
| 6 | | 92 Hopmeadow Street, Suite 205 |
| 7 | | Weatogue, CT 06089 |
| 8 | | Tel: (860) 920-5181 |
| | | Fax: (860) 920-5174 |
| 9 | | (330) 812-0702 |
| 10 | | joshuakons@konslaw.com |
| 11 | | |
| 12 | | *Attorney for Plaintiff WF BUILDINGS, LTD.* |
| 13 | Dated: January 20, 2025 | Respectfully submitted, |
| 14 | | |
| 15 | | *s/ Eliyahu Ness* |
| 16 | | NESS PLLC |
| 17 | | Eliyahu Ness (SBN 311054) |
| | | eness@nesslegal.com |
| 18 | | 12100 Wilshire Blvd. Suite 800 |
| 19 | | Los Angeles, CA 90025 |
| | | Tel: (213) 294-4322 |
| 20 | | Fax: (213) 294-4322 |
| 21 | | *Attorneys for Defendant STEPHEN SMITH* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

DOCUMENT PREPARED ON RECYCLED PAPER

# **DECLARATION OF ELIYAHU NESS**

I, Eliyahu Ness, say and declare as follows:

1. I have personal knowledge of the matters set forth herein, and if called upon to testify about the following matters, I would and could competently do so. I am a member of Ness PLLC, counsel of record for Defendant Stephen Smith.

2. I have reviewed the foregoing stipulation and the facts set forth therein are true and accurate.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 20th day of January 2025.

*/s Eliyahu Ness*
Eliyahu Ness

# ATTESTATION

I, Eliyahu Ness, hereby attest, pursuant to United States District Court, Central District of California Local Rule 5-4.3.4(a)(2), that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized the filing.

Dated: January 20, 2025

*s/ Eliyahu Ness*
Eliyahu Ness (SBN 311054)
NESS PLLC

DOCUMENT PREPARED ON RECYCLED PAPER

# **CERTIFICATE OF SERVICE**

On January 20, 2025, I served the foregoing document on all counsel of record by filing it using the Court's CM/ECF system.

Dated: January 20, 2025          *s/ Eliyahu Ness*
                                             Eliyahu Ness

DOCUMENT PREPARED ON RECYCLED PAPER